UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANNA MORRIS

       Plaintiff(s),

vs.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

       Defendant(s).

)
)
)
)
)
)
)
)
)
)

Case No. 4:25-cv-1742

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated _____5/18/2026_ the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:    JACK TOWNSEND

Firm Name and Address:    TOWNSEND MEDIATION
710 ROB ROY PL, TEMPLE, FL 33617

Telephone & FAX Number:    (Tel.) 813-696-7363  (Fax.) 813-914-7363

**The attorneys of record in this case are:**

Name of Lead Counsel:    BRITNEY MCDONALD

Firm Name and Address:    MARC WHITEHEAD & ASSOCIATES, LLP
403 HEIGHTS BLVD.
HOUSTON, TX 77007

Telephone & FAX Number:    (Tel.) 713-228-8888 (Fax.) 713-225-0940

Name of Other Counsel:    NATHAN LUSIGNAN

Firm Name and Address:        SEYFARTH SHAW LLP
                              233 S. WACKER DRIVE, SUITE 8000 CHICAGO, IL 60606-6448

Telephone & FAX Number:       (Tel.) 312-460-5550

**The completion deadline for this ADR referral is** 9/15/2026

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   SEPTEMBER 15,                                    2026

Time of Conference:   9 AM                                             a/p.m.

Location of Conference (Check One):

☐  Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒  Other Location:    ZOOM

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

6/8/2026
Date

Britney McDonald

Signature of Plaintiff(s)


Nathan Lusignan

Signature of Defendant(s)